UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDRICK J. CHAPEY, JR.,

                              Plaintiff,

      -v-

MUHAMMED SOHAIL KHAN,

                              Defendant.

25 Civ. 2266 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On March 25, 2025, petitioner Fredrick J. Chapey, Jr. filed a motion to seal and a petition to confirm an arbitral award. *See* Dkts. 11–12. To the extent either motion is opposed, the Court hereby orders the following:

- Any opposition to the motion to seal is to be filed to ECF no later than one week from today, by April 2, 2025. No reply is invited.

- Any opposition to the petition to confirm the arbitral award is to be filed to ECF by April 9, 2025. Any reply is to be filed by April 16, 2025.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: March 26, 2025
       New York, New York