UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

FREDRICK J. CHAPEY, JR.,

                    Petitioner,

           - against -

MUHAMMED SOHAIL KHAN,

                    Respondent.

------------------------------------- x

Index No. 25 Civ. 2266

~~PROPOSED~~ **JUDGMENT**

**IT IS HEREBY ORDERED:**

1. The Petition to Confirm Final Arbitration Award (the "Petition") is **GRANTED**.

2. The Final Award issued on October 16, 2024 by arbitrator Jack P. Levin, attached as an exhibit to the Declaration of David Slarskey in Support of the Petition ("the Final Award"), which incorporates by reference Interim Award I and Interim Award II, is **CONFIRMED** in all respects and incorporated herein by reference.

3. Judgment is entered in favor of Petitioner Fredrick J. Chapey, Jr. and against Respondent Muhammed Sohail Khan in accordance with the Final Award.

On the basis of the parties' consent to confirmation of the arbitral award, and on the very limited review that is appropriate, *see New York Hotel & Gaming Trades Council, AFL-CIO v. CSC Hudson*, No. 24 Civ. 5025, 2025 WL 80228, at *4 (S.D.N.Y. Jan. 13, 2025), the Court hereby GRANTS the unobjected-to petition to confirm the arbitral award. The Clerk of Court is respectfully directed to terminate the motions pending at Dockets 3 and 12 and to close this case.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: April 9, 2025